UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICAH SAENZ, On behalf of himself and all others similarly situated, | § § § | Civil Action No. 4:15-cv-1762 |
| Plaintiffs, | § § | |
| vs. | § § | |
| MUD MASTERS GROUP, INC. | § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

The parties have reached an amicable resolution and request the Court remove this case from its active docket. The parties will file dismissal documents within the next 30 days.

Respectfully submitted,

By: /s/ *Michael A. Josephson*
    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    Jessica M. Bresler
    Fed Id. 2459648
    State Bar No. 24090008
    Andrew Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    Lindsay R. Itkin
    Fed Id. 1458866
    State Bar No. 24068647
    **FIBICH, LEEBRON, COPELAND,**
    **BRIGGS & JOSEPHSON**
    1150 Bissonnet St.
    Houston, Texas 77005
    Tel: (713) 751-0025
    Fax: (713) 751-0030
    mjosephson@fibichlaw.com
    jbresler@fibichlaw.com
    adunlap@fibichlaw.com
    litkin@fibichlaw.com

    AND

    Richard J. (Rex) Burch
    State Bar No. 24001807
    Fed. Id. 21615
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was served by ECF electronic filing on all known parties on this the 8th day of December 2015.

    /s/ *Michael A. Josephson*
    Michael A. Josephson