UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICAH SAENZ, On behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MUD MASTERS GROUP, INC.<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 4:15-cv-1762<br><br><br><br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT

Before the Court is Plaintiff's Unopposed Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit.  The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein and (1) approves the settlement, including all of the terms and conditions set forth in the Settlement Agreement attached as Exhibit 1 and 1(A) and 1(B) to Plaintiff's Motion; (2) orders the Parties to implement and complete the notice and claims process described in the Settlement Agreement; (3) finds that good cause exists for filing the parties' proposed Settlement Agreement under seal; (4) dismisses this lawsuit and all claims asserted in the lawsuit with prejudice.  Each party shall bear his or its own costs and fees, except to the extent otherwise provided for in the parties' Settlement Agreement.

IT IS HEREBY ORDERED ON _____, 2016.

_____
HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE